JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Julie Hubbard,<br><br>        Plaintiff(s),<br><br>        v.<br><br>Unum Life Insurance Company of America et al,<br><br>        Defendant(s). | Case No. 8:25-cv-00229-JVS(ADSx)<br><br>ORDER OF DISMISSAL UPON SETTLEMENT OF CASE |

    The Court having been advised by counsel for the parties that the above-entitled action has been settled,

      IT IS ORDERED that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause being shown within 45 days, to reopen the action if settlement is not consummated.  The Court orders all proceedings in the case vacated and taken off calendar.

IT IS SO ORDERED.

DATED: August 06, 2025

                                                      _____
                                                      HONORABLE JAMES V. SELNA
                                                      UNITED STATES DISTRICT JUDGE